# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| USA SUNSET MEDIA 3, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ADVISOR, LLC, et al., <br><br> Defendants. | Case No. 11-CV-00654-RS <br><br> [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> CURRENT DATE: June 30, 2011 <br> [PROPOSED] NEW DATE: July 28, 2011 |

Having reviewed the stipulation of the parties to continue the Case Management Conference currently scheduled for June 30, 2011, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Case Management Conference shall be continued to July 28, 2011, at 10:00 a.m., in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Ave., San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: 6/22/11

Hon. Richard Seeborg
United States District Judge

---

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 11-CV-00654-RS
LA 129,683,653v1 045443.010800